# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

vs.                               NO. 4:06CR00160 JLH

MONICA L. ANDERSON                                        DEFENDANT

## **ORDER**

Pending before the Court is the government's Petition for Issuance of Warrant. Docket #11. The motion is granted. The Clerk of Court is directed to issue a warrant of arrest for defendant ***MONICA L. ANDERSON*** to appear and show cause why the conditions of pretrial release previously imposed should not be revoked.

The Clerk is directed to deliver the warrant to the United States Marshal for service. Upon defendant's arrest, the Court will be notified and a hearing set.

IT IS SO ORDERED this 11th day of September, 2006.

                                                           _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE