**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

UNITED STATES

VS.                                    4:06CR00160(1) JLH

MONICA L. ANDERSON

## ORDER

On September 29, 2006, Defendant appeared before the Court following the issuance of an arrest warrant (docket entry #13) for Defendant to appear and show cause as to why her conditions of pretrial release should not be revoked. Defendant essentially failed to return from Louisiana to Arkansas after receiving permission to travel there and agreeing to return on a date certain, and ceased contact with the Pretrial Services Office following the birth of her child.

Defendant acknowledged her conduct and proposed that, in lieu of detention, she reside with her mother at her mother's residence in Beebe, Arkansas. Defendant also agreed not to travel outside of the Eastern District of Arkansas. The Government agreed to Defendant's proposal.

Because the parties are in agreement, and because Defendant is caring for a newborn child, the Court will modify her conditions of release accordingly.

IT IS THEREFORE ORDERED THAT:

1.      The May 16, 2006 Order Setting Conditions of Release (docket entry #6) is MODIFIED so that Defendant must reside at her mother's residence in Beebe, Arkansas. Furthermore, Defendant shall not travel outside of the Eastern District of Arkansas, absent express permission, in advance, from Defendant's Pretrial Services Officer.

2.      All other conditions of the May 16, 2006 Order Setting Conditions of Release

(docket entry #6) shall remain in effect.

Dated this 29th day of September, 2006.

_____

UNITED STATES MAGISTRATE JUDGE